<small>AO 450 (Rev. 5/85)</small>

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PAMELA MELVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **5:10CV-347-D** |
| ) | |
| MICHAEL ASTRUE, *Commissioner of SSA*, ) | |
| THE HONORABLE LOUISE FLANAGAN, ) | |
| *Chief Justice of the United States District Court*, ) | |
| EDISON SESSOMS, JOHN CARLO, ) | |
| SENATOR RICHARD BURR, *United States* ) | |
| *Senator of the State of North Carolina*, ) | |
| RUDY RENFER, *Assistant United States* ) | |
| *Attorney*, ASHLEY HARDER, *Special Assistant* ) | |
| *United States Attorney*, JULIA GAMBLE, ) | |
| *Director of the Healthcare for the Homeless* ) | |
| *Clinic*, JAIMITA PATEL, MICHAEL ) | |
| HUTICHINSON, *Physician*, HANK DEBNAM, ) | |
| *Director of Cumberland Co. Mental Health* ) | |
| *Services*, MR. EVERETT, *Director of the* ) | |
| *Urban Ministries Shelter*, GEORGE HOLDING, ) | |
| *United States Attorney*, COMBAT SUPPORT ) | |
| ASSOCIATES, and WAL-MART STORES, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

  **IT IS ORDERED AND ADJUDGED** that Court ADOPTS the Memorandum and Recommendations [D.E. 84]. Defendant Wal-Mart's Motion to Dismiss [D.E. 81] is GRANTED. Plaintiff's objections to the Memorandum and Recommendations [D.E. 86] are OVERRULED. Plaintiff's Motion to Dismiss [D.E. 86] is DENIED AS MOOT. The Clerk of Court is directed to close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**May 17, 2012**</u> WITH A COPY TO:

Pamela Melvin, pro se (via USPS to 4949 Fieldcrest Drive, Fayetteville, NC 28303)
Seth Wood (via CM/ECF electronic notification)
Mark E. Anderson (via CM/ECF electronic notification)
Gregory P. McGuire (via CM/ECF electronic notification)
Michael W. Washburn (via CM/ECF electronic notification)


<u>May 17, 2012</u>                                              JULIE A. RICHARDS, Clerk
Date                                                              Eastern District of North Carolina


                                                                  <u>/s/ Debby Sawyer                </u>
                                                                  (By) Deputy Clerk

Raleigh, North Carolina