IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-347-D

| | |
|---|---|
| PAMELA MELVIN, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, et al., ) | |
| Defendants. ) | |

On May 15, 2012, Pamela Melvin (who is proceeding pro se) filed a motion for sanctions against Wal-Mart and its attorney Michael Washburn [D.E. 89] and an untimely motion for judgment on the pleadings against Edison Sessoms (Regional Counsel of the Department of Veterans Affairs) and the United States [D.E. 91]. On May 17, 2012, the court adopted Judge Webb's analysis and dismissed Melvin's claims against Wal-Mart [D.E. 93]. Melvin's motion for sanctions [D.E. 89] is frivolous and is DENIED. Likewise, in light of this court's order of December 16, 2011, which dismissed all claims against all defendants except Wal-Mart [D.E. 79], Melvin's motion for judgment on the pleadings against Edison Sessoms and the United States [D.E. 91] also is frivolous and is DENIED.

SO ORDERED. This 29 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge